IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINALD G. BAKER, | ) | 4:14CV3103 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEIGH ANN RETELSDORF, TOM | ) | |
| RILEY, BRENDA LEUCK, and | ) | |
| RYAN LINDBERG, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on Plaintiff's Motions to Appoint Counsel (Filing No. 8 and Filing No. 13), and Motion for Extension of Time (Filing No. 12). In Plaintiff's Motion for Extension of Time, Plaintiff seeks additional time in which to pay the initial partial filing fee.

  On June 10, 2014, the court ordered Plaintiff to show cause within 30 days why he is entitled to proceed in forma pauperis in this matter. (Filing No. 11.) The court warned Plaintiff that failure to either show cause or pay the court's filing and administrative fees within 30 days would result in dismissal of this action without further notice. (*Id.* at CM/ECF p. 2.) Accordingly,

  IT IS THEREFORE ORDERED that:

  1. Plaintiff's Motions to Appoint Counsel (Filing No. 8 and Filing No. 13) are denied without prejudice to reassertion until after the question of Plaintiff's in forma pauperis status is resolved.

2.	Plaintiff's Motion for an extension of time to pay the initial partial filing fee is denied because the court has not assessed an initial partial filing fee in this case. (Filing No. 12.)

DATED this 11th day of June, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.