IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REGINALD G. BAKER, | ) | 4:14CV3103 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEIGH ANN RETELSDORF, TOM | ) | |
| RILEY, BRENDA LEUCK, and | ) | |
| RYAN LINDBERG, | ) | |
| | ) | |
| Defendants. | ) | |

On July 2, 2015, upon review of Baker's Motion for Reconsideration (Filing No. 32), the court provided Baker with an opportunity to file an amended complaint. (Filing No. 36.) The court cautioned Baker that his Motion for Reconsideration would be dismissed without further notice if he failed to file the amended complaint. To date, Baker has not filed an amended complaint and the time in which to do so has long passed. IT IS THEREFORE ORDERED that: Baker's Motion for Reconsideration (Filing No. 32) is denied.

DATED this 2nd day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.